UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CONNIE MANLEY,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **HCA HOLDINGS, INC.,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-cv-2699 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 76, the court grants Defendants' Motion to Dismiss, ECF No. 63, and denies Relators' Motion for Leave to Amend, ECF No. 70. This action is hereby dismissed.

This is a final, appealable order.

Dated: June 17, 2025

Amit P. Mehta
United States District Court Judge